UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

GEORGE EDWARD BURNS,

                Plaintiff,                22-CV-02371 (AT) (VF)

      -against-                    **ORDER**

CITY OF NEW YORK et al.

                Defendants.
-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Pursuant to the Initial Case Management Order entered on October 21, 2022 (ECF No. 26), the parties were directed to "complete the Report of Rule 26(f) Meeting and Proposed Case Management Plan, at https://nysd.uscourts.gov/hon-valerie-figueredo, and file it on ECF one week before the scheduled conference" (scheduled for Tuesday, November 15, 2022).

      The parties are directed to submit the Report of Rule 26(f) Meeting and Proposed Case Management Plan plan by no later than **Friday, November 11, 2022**.

      **SO ORDERED.**

DATED:    New York, New York
                November 10, 2022

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge